IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCHESU MINOR | : | MISCELLANEOUS |
| | : | |
| v. | : | |
| THOMAS J. COSTELLO, et al. | : | NO. 02-mc-178 |

ORDER

AND NOW, this          day of July, 2002, it appearing that petitioner has filed what

purports to be a petition in this court for Habeas Corpus relief, and

it further appearing that this petition is frivolous on its face, it is hereby

ORDERED that petitioner is granted provisional leave to proceed in forma pauperis for

the purposes of this Order only, and, it is further

ORDERED that this matter is DISMISSED WITH PREJUDICE.


_____

RONALD L. BUCKWALTER, J.